IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NAUTILUS INSURANCE COMPANY<br>Plaintiff<br>v.<br><br>FANTASIA RESTAURANT AND<br>LOUNGE, INC. and KENT MANOR, INC.<br>Defendant/Third Party Plaintiff<br>v.<br><br>ATLANTIC/SMITH CROPPER & DEELEY, LLC<br>Third Party Defendant | C.A. No.: 17-1336 JEJ |

ORDER

September __28__, 2021

Upon consideration of counsel's Motion to Extension of time to hold this matter open, and agreement by all counsel of record, this Court's closing Order dated September 20, 2021 is hereby EXTENDED for a period of sixty (60) days from the date of this Order.

Accordingly, this action remains DISMISSED without costs and without prejudice to the right of either party, upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this Order if settlement has not been consummated.

After the expiration of 60 days and in the event no application for reinstatement is filed by either part before the expiration of 60 days, this action shall be deemed DISMISSED WITH PREJUDICE.

_____, J.